Augustus A. Levey, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

(Argued November 28, 1894; decided December 18, 1894.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*George Zabriskie* for appellant.

*George W. Wingate* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

_____

Ellen M. Cowhill, as Administratrix, etc., Appellant, *v.* Percival Roberts, Respondent.

(Argued December 3, 1894; decided December 18, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made August 2, 1893, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit, and also affirmed an order denying a motion for a new trial.

*Hector M. Hitchings* for appellant.

*George W. Wingate* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.